UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Perrin Burse, et al.,

    Plaintiffs,

    v.    Case No. 2:15–cv–2992

Charlotte Jenkins, et al.,    Judge Michael H. Watson

    Defendants.

## ORDER

On January 15, 2016, Magistrate Judge King issued a report and recommendation ("R&R") regarding the initial screen of Plaintiffs' complaint pursuant to 28 U.S.C. §§ 1915(e), 1915A. R&R, ECF No. 14. Magistrate Judge King recommended that the claims asserted on behalf of Plaintiffs Burse Investment Group, Inc. and Burse Fund I be dismissed, that the claim against Defendant "Post Master General U.S. Postal Service" be dismissed, and that all state law claims be dismissed without prejudice to renewal should the Ohio Court of Claims determine that the state employees are not entitled to immunity under Ohio Revised Code § 9.86. Id. at 5.

Magistrate Judge King notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). Id. She also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to de novo review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. Id. at 5–6.

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**. The claims asserted on behalf of Plaintiffs Burse Investment Group, Inc. and Burse Fund I are dismissed, the claim against Defendant "Post Master General U.S. Postal Service" is dismissed, and all state law claims are dismissed without prejudice to renewal should the Ohio Court of Claims determine that the state employees are not entitled to immunity under Ohio Revised Code § 9.86.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**